UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT M. DEBOSE,<br><br>Plaintiff,<br><br>v.<br><br>THIRD WATCH COMMANDER, et al.,<br><br>Defendants. | No. 2:23-cv-00131-KJM-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file objections to the findings and recommendations filed on February 16, 2023.

Good cause appearing, plaintiff's request (ECF No. 10) is granted and plaintiff may file objections to the findings and recommendations on or before June 2, 2023.

So ordered.

Dated: March 17, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE