UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT M. DEBOSE,<br><br>Plaintiff,<br><br>v.<br><br>THIRD WATCH COMMANDER, et al.,<br><br>Defendants. | No. 2:23-cv-00131-KJM-EFB (PC)<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the findings and recommendations filed on July 22, 2024.  IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time (ECF No. 20) is granted; and

    2.  Plaintiff is granted up to and including December 2, 2024, in which to file objections to the findings and recommendations.

    3.  No further extensions of time will be granted absent a showing of extraordinary circumstances.

Dated: August 15, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1